JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANA AGUILAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ELISEO RICOLCOL, Warden,<br><br>　　　　　Respondent. | Case No. ED CV 23-1526 (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PER PETITIONER'S REQUEST** |

　　1.　　This is habeas corpus action under 28 U.S.C. § 2241 involving a federal prisoner. The pro se petition alleges that the Bureau of Prisons failed to properly determine Petitioner's custody release date under the First Step Act. (Docket # 1.)

　　2.　　After the magistrate judge screened the petition, the government moved to dismiss the action. (Docket # 6, 13.) The dismissal motion explained and defended the BOP's release date calculation. The government also contended that Petitioner's action was premature and commenced without properly exhausting administrative remedies.

3. In response to the dismissal motion, Petitioner filed a statement asking to voluntarily dismiss the action. (Docket # 17.)

4. The request is GRANTED. The action will be dismissed without prejudice.

5. The Clerk is directed to close the action.

IT IS SO ORDERED.

Dated: November 14, 2023  _____
HON. GEORGE H. WU
SENIOR U.S. DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE